Date: 06/04/10  Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 07-34890 - MCCOLLOM, WILLIAM

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Kwik Trip Inc<br>1626 Oak Street<br>PO Box 1597<br>La Crosse WI 54602-1597<br>41153 | 000009 | 223.25 | 0.74 |
| US BANK NA<br>BANKRUPTCY DEPT<br>PO BOX 5229<br>CINCINNATI OH 45201-5229<br>5109 | 000015 | 255.31 | 0.85 |
| ---------- Remittance Total --------------- | | 478.56 | 1.59 |

*signature*

CHARLES W. RIES, Trustee

RECEIVED 10 JUN -7 AM 11:09 US BANKRUPTCY COURT ST PAUL MN

COURT1  Printed: 06/04/10 01:56 PM   Ver: 15.09